IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-HC-2219-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, Petitioner, | ) ) ) ) ORDER |
| v. | ) ) ) ) |
| DONALD BRONCHEAU, Respondent. | ) ) |

THIS MATTER comes before the Court on Petitioner's Motion for Clarification [DE- ], which Respondent does not oppose.

It is therefore ORDERED that Petitioner's Motion for Clarification is GRANTED. It is the understanding of this Court that the Bureau of Prisons may disclose information to other government agencies or departments, as long as it would normally be permitted to do so under its own regulations or procedures; and neither the provisions of the Standing Order nor the fact that such document was filed under seal changes the normal policies or procedures of the Bureau of Prisons in this regard. Therefore, there is no need for the parties to seek court permission for the Bureau of Prisons to disclose to the U.S. Probation Office any expert reports and forensic examinations contained within Respondent's Inmate Central File which may also have been filed with the Court under seal, in order to facilitate the development of an adequate release and treatment plan as required by 18 U.S.C. § 4248(e) or for other valid purposes.

SO ORDERED, this 4 day of November, 2011.

TERRENCE W. BOYLE
U.S. DISTRICT COURT JUDGE

2